# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEPHANIE SMITH, | **Case No.:** 2:26-cv-10340-SJM-EAS |
| Plaintiff, | Honorable Stephen J. Murphy III |
| v. | Honorable Elizabeth A. Stafford |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Stephanie Smith ("Plaintiff") and Defendant Equifax Information Services, LLC, have resolved the claims between them in this matter.  The parties are in the process of finalizing the terms and performance attendant to that resolution.  The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1

RESPECTFULLY SUBMITTED on May 27, 2026

/s/ *Landon Maxwell*
Landon Maxwell, AZ Bar No. 038439
**CONSUMER JUSTICE LAW FIRM PLC**
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Stephanie Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

CONSUMER JUSTICE LAW FIRM PLC
By: /s/ *Mari Cervantes*