UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE SMITH,

      Case No. 2:26-cv-10340

      Plaintiff,

      HONORABLE STEPHEN J. MURPHY, III

v.

EQUIFAX INFORMATION SERVICES,
LLC,

      Defendant.

_____/

## **ORDER DISMISSING CASE WITHOUT PREJUDICE**

The parties informed the Court that they resolved the dispute. ECF No. 13. Because of the resolution, the Court will dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than forty-five days from the entry of this Order. The Court will retain jurisdiction to reopen the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing

documents dismissing the case with prejudice **no later than July 16, 2026**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 1, 2026