UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE SMITH,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC,

        Defendant.

_____/

Case No. 2:26-cv-10340

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER DISMISSING CASE**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 25, 2026

1

STIPULATION

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Stephanie Smith and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

RESPECTFULLY SUBMITTED on June 25, 2026

By: */s/ Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
Consumer Justice Law Firm PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Austin Stornelli*

By: */s/Heather H. Sharp*
Heather H. Sharp
hsharp@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 3030-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services, LLC*

2